UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA LOPPICOLO AYERS, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHERRY HILL PROGRAMS, INC., a Delaware Corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 1:20-cv-00493-DAD-BAM<br><br>**ORDER REGARDING STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. No. 6) |

On June 12, 2020, the parties filed a stipulation to continue the Scheduling Conference currently set for July 8, 2020, for an additional ninety (90) days. The parties explain that they wish to informally exchange documents and information and engage in private mediation prior to the commencement of formal discovery and the setting of trial dates. They anticipate completing mediation by October 7, 2020. (Doc. No. 6.)

Having considered the parties' stipulation, and good cause appearing, the Scheduling Conference currently set for July 8, 2020 is HEREBY CONTINUED to **October 8, 2020, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** At least one (1) week prior to the conference, the parties shall file a JOINT Scheduling Report. The parties are encouraged to appear at the conference by telephone with each party using the following dial-in

number and access code: **dial-in number 1-877-411-9748; access code 3219139**. If the parties file a notice of settlement prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated: **June 15, 2020**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE