UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA LOPPICOLO AYERS, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHERRY HILL PROGRAMS, INC., a Delaware Corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 1:20-cv-00493-DAD-BAM<br><br>**ORDER REGARDING STIPULATION TO FURTHER CONTINUE THE MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. No. 8) |

On June 12, 2020, the parties filed a stipulation to continue the Scheduling Conference in order to informally exchange documents and information and engage in private mediation prior to the commencement of formal discovery and the setting of trial dates. They anticipated completing mediation by October 7, 2020. (Doc. No. 6.)

On June 15, 2020, the Court granted the parties' stipulation and continued the Scheduling Conference to October 8, 2020. (Doc. No. 7.)

On September 29, 2020, the parties filed a stipulation to further continue the Scheduling Conference an additional sixty (60) days to approximately December 8, 2020. The parties report that Plaintiff Rebecca Lopiccolo Ayers has sent Defendant Cherry Hill Programs, Inc. a list of the

1

1  documents and information requested to prepare for mediation.  Defendant has begun the process
2  of compiling and producing the documents and information.  The parties have scheduled a
3  medication for November 12, 2020.  (Doc. No. 8.)  The parties request that the Scheduling
4  Conference be continued so that they may focus on preparing for medication and potential
5  resolution of the matter.  (*Id.*)
6      Having considered the parties' stipulation, and good cause appearing, the Scheduling
7  Conference currently set for October 8, 2020 is HEREBY CONTINUED to **December 16, 2020,**
8  **at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.**  At least
9  one (1) week prior to the conference, the parties shall file a JOINT Scheduling Report.  The
10 parties are encouraged to appear at the conference by telephone with each party using the
11 following dial-in number and access code:  **dial-in number 1-877-411-9748; access code**
12 **3219139**.  If the parties file a notice of settlement prior to the conference, then the conference will
13 be vacated.

IT IS SO ORDERED.

15    Dated:  **September 30, 2020**          /s/ *Barbara A. McAuliffe*
16                                                             UNITED STATES MAGISTRATE JUDGE