# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH LOPICCOLO AYERS, on behalf of herself and all others similarly situated and in her representative capacity as private attorney general,<br><br>Plaintiff,<br><br>v.<br><br>CHERRY HILL PROGRAMS, INC., a Delaware corporation; and DOES 1-50, inclusive<br><br>Defendants. | Case No.: 1:20-cv-00493-DAD-BAM<br><br>**ORDER RE STAY OF ACTION AND SETTING STATUS CONFERENCE**<br><br>(Doc. No. 10.) |

On December 3, 2020, the Parties filed a Notice of Settlement and Stipulation for Stay of Action. (Doc. No. 10.) According to the Notice of Settlement and Stipulation, the parties have reached a settlement agreement following mediation. (*Id.*) The parties are requesting a 180 day stay of this matter while the proposed settlement is in the approval process in the related state court action Plaintiff Rebekah Ayers ("Plaintiff") filed in the Superior Court for the County of Fresno, entitled *Ayers v. Cherry Hill Programs, Inc.,* Case No. 20CECG00821. (*Id.*)

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The above-entitled action is stayed for 180 days pending the approval and administration process in state court, and all dates and deadlines are vacated.
2. The parties shall file a Joint Status Report no later than 90 days from the date of this order.

3. The Court sets a status conference on **May 27, 2021 at 8:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Status Report at least one (1) full week prior to the Status Conference. In the Status Report, the parties shall discuss how they will comply with Fed.R.Civ.P. 23(e).

The parties shall appear at the Status Conference with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **December 9, 2020**                         /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE

2